UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 20-cv-08036-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Wilson v. Berryhill,* 17-cv-05385-PJH.

**IT IS SO ORDERED.**

Dated: July 13, 2022



JON S. TIGAR
United States District Judge